# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| ARTURO MONDRAGON-MEDINA, | § |
| *Petitioner*, | § |
| v. | § |
| MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HER OFFICIAL CAPACITY; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, IN HER OFFICIAL CAPACITY; PAMELA BONDI, U.S. ATTORNEY GENERAL, IN HER OFFICIAL CAPACITY; TODD M. LYONS, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, IN HIS OFFICIAL CAPACITY; AND WARDEN, ERO EL PASO CAMP EAST MONTANA, IN THEIR OFFICIAL CAPACITY, | § No. 3:25-CV-00598-LS |
| *Respondents*. | § |

## ORDER DISMISSING CASE

Upon consideration of Petitioner Arturo Mondragon-Medina's voluntary motion to dismiss his petition for writ of habeas corpus,[1] the Court grants the motion [ECF No. 11] and dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 11.

**SIGNED** and **ENTERED** on February 19, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**